AO 91 (Rev. 11/11) Criminal Complaint

# FELONY

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*October 23, 2024*

Nathan Ochsner, Clerk of Court

United States of America
v.
Louis Anthony MONROY

*Defendant(s)*

Case No. 1:24-MJ-611

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/22/2024__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 & 846 | Conspiracy and Possession with Intent to distribute more than 100 kg of marijuana, a Schedule I Controlled Substance. |

This criminal complaint is based on these facts:

See ATTACHMENT - A

☑ Continued on the attached sheet.

*Complainant's signature*

DEA TFA Pablo Barrera
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P.4.1, on:.

Date: 10/23/2024

City and state: Brownsville, TX.

U.S. Magistrate Judge Ignacio Torteya, III
*Printed name and title*

United States
V.
Louis Anthony MONROY

**1:24-MJ-611**
ATTACHMENT – A
(AFFIDAVIT)

United States Courts
Southern District of Texas
FILED
October 23, 2024
Nathan Ochsner, Clerk of Court

On October 22, 2024, Agents from the Brownsville/Olmito, Texas Border Patrol station encountered a red dump truck travel south on Water Tower Rd., from Military HWY 281. Agents conducting line watch noticed several vehicles and subjects south of the Rio Grande River on the Mexican riverbank. During that time a Department of Public Safety officer deployed a drone and managed to notify agents on the ground of several subjects with bundles approaching the red dump truck previously seen enter the area. Once the male subjects finished loading the red dump truck, the dump truck proceeded to drive away from the Rio Grande River towards Military HWY 281. As the vehicle traveled north Agents in marked units intercept the red the dump truck and detain the driver later identified as Louis Anthony MONROY. Once the driver was secured a Border Patrol K9 conducted a free air sniff of the red dump truck. The Border Patrol K9 alerted and indicated with a sit to the presence of a controlled substance. The Border Patrol K9 Agent and DPS Troopers observed in plain view, a total of sixteen bundles. The bundles were established to contain a green leafy substance that was field tested and yielded a positive result for marijuana. The sixteen bundles yielded a total combined weight of approximately 319 kilograms. The sixteen bundles along with the driver (MONROY) were transported to the Brownsville/Olmito Border Patrol Station for further processing.

On October 22, 2024, Agents from the DEA Brownsville Resident Office responded to the Brownsville/Olmito, Texas Border Patrol Station and conducted a post-arrest interview of MONROY. After being advised of his Miranda Warnings, MONROY waived his rights and agreed to speak with investigators without the presence of an attorney. MONROY stated that he was to be paid approximately $1,000.00 USD to pick up loads of dirt but later established it was going to possibly be narcotics. MONROY stated he found out it was possibly narcotics before driving to the pickup location, and still proceeded to continue being guided by voice messages and text.

*Complainant's Signature*

Pablo Barrera, Task Force Agent
*Printed Name and Title*

Submitted by reliable electronic means, sworn to,

signature attested telephonically per Fed. R. Crim. P. 4.1, on:

Date: October 23, 2024

City and State: Brownsville, Texas.

*Judge's Signature*

Ignacio Torteya III, United States Magistrate
*Printed Name and Title*